# United States Court of Appeals
# for the Fifth Circuit

No. 25-50927
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
June 22, 2026

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

SERBELIO TEPAZ-PEREZ,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 2:23-CR-2551-1

Before RICHMAN, SOUTHWICK, and WILLETT, *Circuit Judges*.
PER CURIAM:[*]

Serbelio Tepaz-Perez appeals the revocation of his term of supervised release. He argues that his 12-month revocation sentence is substantively unreasonable because the district court ordered it to run consecutively to the 21-month sentence imposed for a new illegal reentry offense. Tepaz-Perez fails to rebut the presumption of reasonableness that applies to his revocation

---

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 25-50927

sentence or show that the district court committed a clear or obvious error by imposing a substantively unreasonable sentence. *See United States v. Warren*, 720 F.3d 321, 322, 326 (5th Cir. 2013); *United States v. Lopez-Velasquez*, 526 F.3d 804, 809 (5th Cir. 2008); *Puckett v. United States*, 556 U.S. 129, 135 (2009).

AFFIRMED.